UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| MICHAEL HAMPTON, et al., | Case No. 21-cv-03058-LB |
| Plaintiffs, | **ORDER DENYING MOTION FOR RECONSIDERATION** |
| v. | Re: ECF No. 66 |
| STATE OF CALIFORNIA, et al., | |
| Defendants. | |

The defendants moved under Federal Rule of Civil Procedure 59(e) for reconsideration of the court's order denying the defendants' motion to dismiss. They raise two grounds for reconsideration: (1) the court did not hold the plaintiffs to their burden of establishing a clearly established constitutional when it analyzed qualified immunity, and (2) it did not consider whether the plaintiffs alleged sufficient facts to show that the defendants' conduct was not immune under state law.[1] The court can decide the motion for reconsideration without oral argument. Civ. L. R. 7-1(b). The court denies the motion generally because there was no error. The court also amends its earlier dismissal order to expand its analysis.[2]

---

[1] Mot. – ECF No. 66 at 1–4. Citations refer to material in the Electronic Case File (ECF); pinpoint citations are to the ECF-generated page numbers at the top of documents.

[2] Order – ECF No. 57.

ORDER – No. 21-cv-03058-LB

United States District Court
Northern District of California

1    The court can reconsider its order under Rule 59(e). "Rule 59(e) amendments are appropriate

2  if the district court (1) is presented with newly discovered evidence, (2) committed clear error or

3  the initial decision was manifestly unjust, or (3) if there is an intervening change in controlling

4  law." *Dixon v. Wallowa Cnty.*, 336 F.3d 1013, 1022 (9th Cir. 2003) (cleaned up). A motion for

5  reconsideration "may not be used to relitigate old matters, or to raise arguments or present

6  evidence that could have been raised prior to the entry of judgment." *Exxon Shipping Co. v. Baker*,

7  554 U.S. 471, 485 n.5 (2008). The sole exception is when the court has committed "clear" or

8  "manifest" error. Mere disagreement with a court's order does not provide a basis for

9  reconsideration. *McDowell v. Calderon*, 197 F.3d 1253, 1255 fn.1 (9th Cir. 1999).

10    The court denies the motion for reconsideration and amends its earlier order for the following

11  reasons.

12    First, the defendants are mistaken that the court shifted the burden to the defendants to define

13  whether an inmate has a clearly established right under the Eighth Amendment to be free from

14  heightened exposure to a serious communicable disease. The earlier order cited the main case and

15  incorporated by reference the plaintiff's recounting of the relevant cases.[3] Also, the court

16  distinguished *Hines v. Yousef*, 914 F.3d 1218 (9th Cir. 2019), because the defendants raised it as

17  "analogous" case that entitled them to immunity.[4] The court thus denies the motion for

18  reconsideration of the court's earlier order denying qualified immunity. To avoid any

19  misunderstanding of the earlier analysis, the amended order has a fuller account of the relevant

20  cases establishing a clearly established constitutional right.

21    Second, the opportunity to reconsider the earlier order has resulted in the court's

22  reconsideration of its dismissal of Secretary of the CDCR Ralph Diaz.[5] The amended order

23  reflects this. (All orders are interlocutory until they are not.)

---

[3] *Id.* at 16 & n.43 (citing Opp'n – ECF No. 40 at 18 (collecting cases)); *see* Opp'n – ECF No. 40 at 17–20 (collecting and analyzing cases); Opp'n – ECF No. 68 at 5–6 (same).

[4] Mot. – ECF No. 27-1 at 16–17; Order – ECF No. 57 at 16.

[5] Order – ECF No. 68 at 13.

1      Third, the court expands its analysis of the state-law immunities in the amended order and

2 denies the motion for reconsideration.

3      **IT IS SO ORDERED.**

4      Dated: March 20, 2022

LAUREL BEELER
United States Magistrate Judge

United States District Court
Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28