Rob Bonta
Attorney General of California
Jeffrey T. Fisher
Supervising Deputy Attorney General
State Bar No. 303712
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone: (415) 510-3568
  Fax: (415) 703-5843
  E-mail: Jeffrey.Fisher@doj.ca.gov
*Attorneys for Defendants State of California, California Department of Corrections and Rehabilitation, San Quentin State Prison, R. Diaz, Estate of R. Tharratt, R. Davis, R. Broomfield, C. Cryer, A. Pachynski, S. Garrigan, K. Torres, M. Farooq, and L. Escobell*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL HAMPTON, et al.,<br><br>                        Plaintiffs,<br><br>v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>                        Defendants. | No. 3:21-cv-03058-LB<br><br>**Notice of Resolution of Petition for Writ of Certiorari**<br><br>Judge:        The Honorable Laurel Beeler<br>Trial Date:   None Set<br>Action Filed: April 27, 2021 |

On May 13, 2024, the United States Supreme Court denied the petition for writ of certiorari seeking review of the Ninth Circuit's decisions in *Cooper v. Allison, et al.*, Ninth Cir. No. 22-16088; *Harris v. Allison, et al.*, Ninth Cir. No. 22-15921; *Hampton v. State of California, et al.*, Ninth Cir. No. 22-15481; and *Polanco v. Diaz, et al.*, Ninth Cir. No. 22-15496.

/ / /

/ / /

/ / /

| | | |
|---|---|---|
| 1 | Dated: May 20, 2024 | Respectfully submitted, |
| 2 | | ROB BONTA<br>Attorney General of California |

*/s/ Jeffrey Fisher*
JEFFREY T. FISHER
Supervising Deputy Attorney General
*Attorneys for Defendants State of California, California Department of Corrections and Rehabilitation, San Quentin State Prison, R. Diaz, Estate of R. Tharratt, R. Davis, R. Broomfield, C. Cryer, A. Pachynski, S. Garrigan, K. Torres, M. Farooq, and L. Escobell*

SF2021400990; 44170949.docx

## CERTIFICATE OF SERVICE

Case Name: *Michael Hampton (Deceased), et al v. State of California, et al.*
Case No.   **3:21-cv-03058-LB**

I hereby certify that on May 20, 2024, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**Notice of Resolution of Petition for Writ of Certiorari**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on May 20, 2024, at San Francisco, California.

| B. Chung | *[signature]* |
| Declarant | Signature |

SF2021400990
44171113.docx