UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL VAUGHN NICKERSON,<br><br>Plaintiff,<br><br>v.<br><br>RON BROOMFIELD, et al.,<br><br>Defendants. | Case No. 5:20-cv-06326-EJD<br><br>**ORDER REGARDING RESPONSE DEADLINE TO ADMINISTRATIVE MOTION TO RELATE CASES**<br><br>Re: ECF No. 31 |

On June 3, 2024, Defendants in this action filed an Administrative Motion to Consider Whether Cases Should Be Related (the "Motion"). *See* Admin. Mot., ECF No. 31. The Court hereby extends the deadline for any party to respond to the Motion from Friday, June 7, 2024, to Monday, June 10, 2024. *See* Civil L.R. 7-11(b) ("Any opposition to or support for a Motion for Administrative Relief may not exceed 5 pages (not counting declarations and exhibits), must set forth succinctly the reasons in opposition or support, must be accompanied by a proposed order, and must be filed no later than 4 days after the motion has been filed."). The Clerk shall file this Order in all 65 cases listed in Appendix A to the Motion, as well as in *In re CIM-SQ Transfer Cases*, No. 22-mc-80066 (N.D. Cal.).

**IT IS SO ORDERED.**

Dated: June 4, 2024

EDWARD J. DAVILA
United States District Judge

Case No.: 5:20-cv-06326-EJD
ORDER REGARDING RESPONSE DEADLINE TO ADMIN. MOT. TO RELATE CASES
1