United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL VAUGHN NICKERSON, <br><br> Plaintiff, <br><br> v. <br><br> RON BROOMFIELD, et al., <br><br> Defendants. | Case No.   20-cv-06326-EJD <br><br> **ORDER REGARDING DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** <br><br> Re: ECF No. 31 |

On June 3, 2024, Defendants filed an administrative motion (the "Motion") to relate this action to 64 other cases arising out of a May 30, 2020 transfer of incarcerated persons from the California Institute for Men ("CIM") to San Quentin State Prison ("SQ" or "San Quentin"), subsequent to which there occurred an outbreak of COVID-19 at San Quentin. *See* Mot., ECF No. 31. The Court received five objections to the Motion from the plaintiffs in six of the cases that Defendants seek to relate. *See* Objs., ECF Nos. 34–38. On June 25, 2024, the Court held a status conference attended by counsel for the objecting plaintiffs and for Defendants.

Following a conference in chambers with all counsel, the Court informed counsel that it intends to grant the Motion and relate all cases. However, before entering an order relating cases, the Court seeks further input from the parties as to the management of the cases following relation. The Court accordingly set a further status conference for July 18, 2024, at 2:00 p.m., and tasked the parties with arriving at the conference prepared to discuss the following issues: Plaintiffs' views on the creation and composition of a steering committee, discovery timelines (including Rule 26 disclosures), and protocol for early resolution of the case, and Defendants' responses to

Case No.: 20-cv-06326-EJD
ORDER RE: STATUS CONF. RE: DEFTS.' MOT. TO RELATE CASES

1

1   each of these views.

2   The Court further informed the parties that it is likely to refer the related actions to Judge
3   Cisneros for discovery issues and to Judge Illman and Judge Beeler for settlement discussions.

4   Additionally, the Court finds agreeable the use of remote capabilities as needed, and will
5   be willing to specially set hearings and conferences in the related actions separate from its regular
6   civil law and motion calendar.

7   With respect to *pro se* plaintiffs in the related actions, the Court noted that it and the
8   parties will have to ensure that such plaintiffs are notified of the class action and the option to
9   become a member of the class. It will additionally be necessary to ascertain the locations of any
10  plaintiffs who were formally incarcerated and are now on parole or probation. Lastly, the Court
11  noted the need to ensure that hearings and other proceedings are conducted in a manner that
12  provides incarcerated plaintiffs with access to court proceedings.

13  Counsel stated that they had no issues to raise following the Court's discussion, as
14  memorialized above.

16  **IT IS SO ORDERED.**

17  Dated: June 27, 2024

EDWARD J. DAVILA
United States District Judge

Case No.: 20-cv-06326-EJD
ORDER RE: STATUS CONF. RE: DEFTS.' MOT. TO RELATE CASES
2